Appeals for the Tenth Circuit denied. *Solicitor General Fahy* for petitioner. *Messrs. John L. J. Hart* and *James B. Grant* for respondent. 

No. 645. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* JAMES Q. NEWTON TRUST; and

No. 646. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEWTON. February 9, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Fahy* for petitioner. *Mr. Richard M. Davis* for respondents. 

No. 780. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEW HAVEN & SHORE LINE RAILWAY CO., INC. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* for petitioner. *Messrs. Edgar J. Goodrich, Neil Burkinshaw,* and *Walter J. Brobyn* for respondent. 

No. 828. HERBERT, TRUSTEE, *v.* SULLIVAN ET AL. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *James A. Herbert, pro se. Mr. Charles B. Rugg* for respondents.

No. 831. MORANTE *v.* NEW YORK. February 9, 1942. Petition for writ of certiorari to the County Court, Westchester County, New York, denied. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for petitioner. *Mr. Frank H. Myers* for respondent.